IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Harold W. and Carol A. Nix<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>United States of America,<br><br>　　　　　Defendant. | Case No. 2:17-cv-434<br>(LEAD) |
| Charles C. and Mary L. Patterson<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>United States of America,<br><br>　　　　　Defendant. | Case No. 2:17-cv-435<br>(Consolidated) |
| Nelson J. Roach<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>United States of America,<br><br>　　　　　Defendant. | Case No. 2:17-cv-436<br>(Consolidated) |

**PLAINTIFFS' MOTION TO SEAL EXHIBITS TO
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

　　Plaintiffs by and through their undersigned counsel, respectfully request the Court to

enter an Order pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule CV-5(a)(7)(C) to

file an Order sealing Plaintiffs' Exhibits to their Motion for Partial Summary Judgment, which was filed on November 15, 2017 (ECF No. 25).  In support of this Motion the movants show as follows:

The content of the exhibits contain sensitive taxpayer information including tax returns of Plaintiffs and should be kept confidential pursuant to 26 U.S.C. § 6103.

WHEREFORE, the movants respectfully request that the Court consider this motion *ex parte* and enter an order allowing EXHIBITS A THROUGH F TO THE MOTION FOR PARTIAL SUMMARY JUDGMENT be filed under seal.

Dated:  November 16, 2017

    Respectfully submitted,

*/s/ Thomas A. Cullinan*
Thomas A. Cullinan (Attorney in Charge)
GA Bar No. 186014
Rebecca M. Stork (of counsel)
GA Bar No. 354245
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 853-8000
(404) 853-8806 (fax)
TomCullinan@eversheds-sutherland.com
RebeccaStork@eversheds-sutherland.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that the foregoing PLAINTIFFS' MOTION TO SEAL EXHIBITS TO MOTION FOR PARTIAL SUMMARY JUDGMENT was electronically filed on November 16, 2017, via the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Thomas A. Cullinan*
Thomas A. Cullinan