IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Harold W. and Carol A. Nix,<br>Charles C. and Mary L. Patterson,<br>Nelson J. Roach,<br><br>           Plaintiffs,<br><br>       v.<br><br>United States of America,<br><br>           Defendant. | Case No. 2:17-cv-434 (Lead)<br><br>Case No. 2:17-cv-435<br><br>Case No. 2:17-cv-436 |

**PLAINTIFFS' MOTION TO SEAL EXHIBITS A THROUGH F
TO SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs by and through their undersigned counsel, respectfully request the Court to enter an Order pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule CV-5(a)(7)(C) to file an Order sealing Exhibits A through F to Plaintiffs' Second Motion for Partial Summary Judgment, which is being filed concurrently with this Motion.  In support of this Motion the movants show as follows:

The content of the exhibits contain sensitive taxpayer information including tax returns of Plaintiffs and should be kept confidential pursuant to 26 U.S.C. § 6103.

WHEREFORE, the movants respectfully request that the Court consider this motion *ex parte* and enter an order allowing EXHIBITS A THROUGH F TO PLAINTIFFS' SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT be filed under seal.

Dated:  February 2, 2018

                                        Respectfully submitted,

*/s/ Thomas A. Cullinan*
Thomas A. Cullinan (Attorney in Charge)
GA Bar No. 186014
Rebecca M. Stork (of counsel)
GA Bar No. 354245
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 853-8000
(404) 853-8806 (fax)
TomCullinan@eversheds-sutherland.com
RebeccaStork@eversheds-sutherland.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that the foregoing PLAINTIFFS' MOTION TO SEAL EXHIBITS A THROUGH F TO SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT was electronically filed on February 2, 2018, via the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Thomas A. Cullinan*
Thomas A. Cullinan

40060003.1