IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HAROLD W. AND CAROL A. NIX,<br>CHARLES C. AND MARY L. PATTERSON,<br>NELSON J. ROACH,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 2:17-cv-434 (Lead)<br>Case No. 2:17-cv-435<br>Case No. 2:17-cv-436 |

## ORDER

Before the Court is the United States' Unopposed Motion for Stay In Light of Lapse of Appropriations for the Department of Justice. (Dkt. No. 130.) Having considered the Unopposed Motion, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadlines in the Court's December 20, 2018 Orders in the above referenced cases are stayed for forty-five (45) days from the date of this Order or until appropriations for the Department of Justice have been restored, whichever occurs earlier. Further, it is **ORDERED** that the United States shall file a notice within two (2) days of Congress appropriating funds for the Department of Justice.

**So Ordered this**

**Dec 29, 2018**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE